ROSE ALTMAN et al., Appellants, *v.* DAVID ALTMAN et al., Respondents, et al., Defendants.

Argued March 15, 1948; decided May 20, 1948.

*Nathaniel Rubin* for appellants.
*Francis C. Dale* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.